IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HUNTER OFFSHORE, LLC** | **CIVIL ACTION NO.:** |
| **VERSUS** | |
| **KIM SUSAN, LLC** | **SECTION:** |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Hunter Offshore, LLC, and files this Complaint for damages, and avers upon information and belief as follows:

### Jurisdiction

1.

This matter involves the recovery of unpaid hire and freight, delinquent accounts, and other damages incurred for vessel services that have been provided to the Defendant. This Court has subject matter jurisdiction over the instant proceedings because this matter is within the admiralty jurisdiction of the Court pursuant to 28 USC § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

### Parties

2.

Plaintiff, Hunter Offshore, LLC ("Hunter Offshore"), is and was at all times pertinent to the present action a limited liability company duly organized and existing under the laws of the state of Texas, and the owner of the M/V MAAD HUNTER V, a 180 foot long offshore supply vessel.

3.

Upon information and belief, Defendant, Kim Susan, LLC ("Kim Susan"), was at all

times pertinent to the present action a limited liability company organized under the laws of the State of Louisiana, with its principal place of business located at 13334 West Main Street, Larose, Louisiana 70373, and who may be served through its registered agent for service of process, Kent J. Fagan, 13334 West Main Street, Larose, Louisiana 70373.

**Venue**

4.

Venue in this Court is proper as defendant Kim Susan's principal place of business is within this Court's judicial district.

**Facts**

5.

Hunter Offshore and Kevin Gros Consulting & Marine Services, Inc. ("Kevin Gros") entered into a brokerage arrangement for the MAAD HUNTER V.  Pursuant to the terms of that brokerage arrangement, Kevin Gros marketed the MAAD HUNTER V and facilitated charters for the vessel.  Kevin Gros has assigned its rights against Kim Susan for the damages claimed herein to Hunter Offshore.  See Contract Assignment attached as Exhibit "A."

6.

Kevin Gros would, from time to time, provide vessels to Kim Susan on brokerage terms.  On other occasions, Kim Susan would charter vessels from Kevin Gros.  In this instance, Kim Susan chartered the MAAD HUNTER V from Kevin Gros.

7.

Upon information and belief, Kim Susan entered into a charter agreement with Probe Resources, Ltd. and other affiliated entities ("Probe") under which Kim Susan was to provide

offshore supply vessels to service drilling rigs and other offshore installations owned and/or operated by Probe.

8.

Here, Kim Susan chartered the MAAD HUNTER V from Kevin Gros. Kim Susan then chartered the MAAD HUNTER V to Probe to fulfill Kim Susan's contractual obligations to Probe. Kim Susan chartered the MAAD HUNTER V as a charterer to fulfill its contractual obligations to Probe, not as a broker or agent.

9.

Beginning in December 2008 and continuing through January 18, 2009, Kim Susan chartered the MAAD HUNTER V on the following terms:

Rate $8000.00 per day plus fuel and lube, plus $25 per man per meal, per bunk,

per day (if used) subsistence.

See booking note for the MAAD HUNTER V attached hereto as Exhibit "B" and vessel logs attached as Exhibit "C."

10.

The MAAD HUNTER V, at Kim Susan's direction, provided transportation services to offshore drilling rigs and/or other offshore facilities owned and/or operated by Probe. The vessel fulfilled its obligations under the booking notes. See booking note for the MAAD HUNTER V attached hereto as Exhibit "B" and vessel logs attached as Exhibit "C."

11.

Kim Susan has not paid the charter hire due and owing for the MAAD HUNTER V for the period between January 1 and January 18, 2009. As set forth in the table below and invoices

attached hereto as Exhibit "D," Kim Susan owes $123,567.92 in charter hire plus $97,437.39 in interest as provided for under the attached invoices.

|  | Date | Amount | Interest Accrued as of 11/01/2012 | Amount Due |
|---|---|---|---|---|
| Hunter Offshore Invoice No.84 | Jan. 16, 2009 | $120,000.00 | $82,224.49 | $202,224.49 |
| Kim Susan Payment | Aug. 19, 2010 | ($3,138.92) |  | $199,085.57 |
| Kim Susan Payment | Sept. 18, 2010 | ($1,751.87) |  | $197,333.70 |
| Kim Susan Payment | Nov. 17, 2010 | ($13,414.63) |  | $183,919.07 |
| Hunter Offshore Invoice No. 85 | Jan. 19, 2009 | $21,873.34 | $15,212.90 | $223,825.31 |
| **Total** |  |  |  | **$221,005.31** |

12.

In August 2009, after Kim Susan had failed to pay the charter hire due and owing under the booking notes, Kim Susan sent correspondence to Kevin Gros and other boat owners and operators acknowledging Kim Susan's debt owed for the Probe work and advising that Kim Susan had entered into some sort of Interim Creditor Agreement with Probe. A copy of this correspondence is attached as Exhibit "E."

13.

Between August and November 2010, Kim Susan paid $18,305.42 against the outstanding balance of charter hire owed for the MAAD HUNTER V. See copies of Kim Susan's checks attached hereto as Exhibit "F."

14.

Probe filed for bankruptcy protection in November 2010. Kim Susan maintained a claim in the bankruptcy proceeding. Probe reorganized and emerged from bankruptcy on October 1, 2012, without having satisfied its unsecured debt.

15.

Neither Kevin Gros nor Hunter Offshore has been paid in full for the charter hire owed for the vessel transportation services provided to Kim Susan by the MAAD HUNTER V.

16.

Kevin Gros has made demand on Kim Susan for payment of charter hire owed in a good faith effort to avoid litigation of this dispute. See December 2, 2011 correspondence sent on behalf of Kevin Gros to Kim Susan's counsel attached hereto as Exhibit "G."

17.

Kim Susan has denied the claim for the charter hire owed for the MAAD HUNTER V.

## COUNT I – BREACH OF CONTRACT

18.

Hunter Offshore adopts paragraphs 1 through 17 of this Complaint as if fully restated and set forth herein.

19.

As evidenced by the time charter booking notes attached as Exhibit "B," Kim Susan agreed to charter the M/V MAAD HUNTER V.

20.

Hunter Offshore, by and through Kevin Gros, provided the M/V MAAD HUNTER V to provide transportation of personnel, equipment, supplies and cargo to production platform, drilling rig and/or other offshore installations at Kim Susan's direction.

21.

Hunter Offshore has been impoverished by the numerous expenses and costs incurred as a result of providing the MAAD HUNTER V to Kim Susan without receiving payment for same.

22.

Pursuant to the terms of the invoices attached as Exhibit "D," Hunter Offshore is entitled to interest on past due balances at the rate of 1.5% per month plus any and all collection fees, attorney fees, and court costs incurred in the collection of said invoices including, but not limited to, the amounts set forth in paragraph 11 of this Complaint.

## COUNT II – UNJUST ENRICHMENT

23.

Hunter Offshore adopts paragraphs 1 through 22 of this Complaint as if fully restated and set forth herein.

24.

Upon information and belief, Kim Susan was enriched by the revenue generated from the charter of the MAAD HUNTER V.

25.

Hunter Offshore has been impoverished by the numerous expenses and costs incurred as a result of providing vessels to Kim Susan without receiving payment for same.

26.

There is no justification or cause for Kim Susan to retain the benefit of the services provided by the MAAD HUNTER V.

27.

Kim Susan is liable to Hunter Offshore for receiving and unjustly retaining the benefit of services provided by the MAAD HUNTER V without paying charter hire.

WHEREFORE, Plaintiff, Hunter Offshore, LLC, requests that Defendant, Kim Susan, LLC, be cited to appear and answer, and that on final hearing Plaintiff have judgment for the

following:

1. Damages in the principal sum of $221,005.31;

2. Prejudgment interest as provided by law;

3. Post-judgment interest as provided by law;

4. Attorney fees;

5. Costs of court; and

6. Such other and general relief to which Plaintiff may be justly entitled.

Respectfully submitted, this 19th day of February, 2013.

>HUNTER OFFSHORE, LLC

>BY: FOWLER RODRIGUEZ VALDES FAULI

>BY: */s/ John A. Scialdone*
>John A. Scialdone, T.A. (La Bar #21859)
>Todd G. Crawford (La Bar # 20150)
>John S. Garner (La Bar # 25314)
>Michael J. Thompson, Jr. (La Bar # 33412)
>2505 14th Street, Suite 500
>Post Office Box 4080
>Gulfport, Mississippi 39502
>Phone: (228) 822-9340
>Fax: (228) 822-9343
>Email: jscialdone@frvf-law.com
>           tcrawford@frvf-law.com
>           jgarner@frvf-law.com
>           mthompson@frvf-law.com
>*Attorneys for Hunter Offshore, LLC*