## ASSIGNMENT AND ASSUMPTION OF CONTRACT

This Assignment and Assumption of Contract ("Assignment") is made by Kevin Gros Consulting & Marine Services, Inc. ("ASSIGNOR") to Hunter Offshore, LLC ("ASSIGNEE"), Owner of the offshore supply vessel M/V MAAD HUNTER V, Official No. 649138 ("Vessel").

### RECITALS:

WHEREAS, ASSIGNOR chartered the vessel from ASSIGNEE;

WHEREAS, pursuant to the Charter Agreement attached hereto, ASSIGNOR then sub-chartered the vessel to Kim Susan, LLC to provide offshore transportation services to Probe Resources, Ltd.;

WHEREAS, Kim Susan, LLC has breached its agreement to pay the charter hire owed to ASSIGNOR pursuant to the terms of the Charter Agreements;

NOW, THEREFORE, in consideration of the premises and agreements contained herein, the receipt and sufficiency of which are hereby acknowledged, the parties mutually agree as follows:

1.  ASSIGNOR does hereby sell, assign, absolutely and not by way of security, transfer and set over unto ASSIGNEE all right, title and interest of ASSIGNOR in and to all charter parties and agreements by and between ASSIGNOR and Kim Susan, LLC concerning the Vessel, including ASSIGNOR's management fee and interest expended in recovering the account balance to date.

2.  ASSIGNEE agrees to assume ASSIGNOR's rights, title and interest in all charter parties and other agreements concerning the Vessel.

3.  ASSIGNEE further agrees to pursue all legal remedies to enforce said rights, title and interest in the above referenced charter parties and agreements in its own name and to fully indemnify, release and defend ASSIGNOR of any and all claims and liabilities which may arise or are asserted during the pursuit of such legal relief.

4.  ASSIGNOR will, at its own expense, promptly execute and deliver any and all such further instruments and documents and take such further action as ASSIGNEE may reasonably request in order to obtain the full benefits of this Assignment and of the rights and powers herein granted.

5.  If ASSIGNEE successfully recovers any portion of the amounts due and owing under the Charter Agreements, ASSIGNEE shall pay to ASSIGNOR the vessel management fee due and owing to ASSIGNOR and the expenses incurred by ASSIGNOR to date to recover the amounts due under the Charter Agreements, on a pro rata basis.


EXHIBIT A

6. This Assignment may be executed in counterparts by the parties hereto, each of which when executed and delivered shall constitute an original, but all of which shall together constitute one and the same instrument.

7. This Assignment shall be governed by and construed in accordance with the internal laws of the State of Louisiana.

IN WITNESS WHEREOF, the parties hereto have executed this Assignment as of the day and year first above written.

KEVIN GROS CONSULTING & MARINE SERVICES, INC.

By: *(signature)*
Name: Kevin A. Gros
Title: President

HUNTER OFFSHORE, LLC

By: Michael Erinakes
Name: *(signature)*
Title: Pres/CEO



Kevin Gros Consulting
PO Box 1412
13080 West Main Street
Larose, LA 70373
(P) 985.798.7607
(F) 985.798.7676

## CHARTER AGREEMENT

DATE: 12/13/08            JOB #: 08-0512

P O #: _____        AFE: _____

COMPANY: Kim Susan, Inc./ Probe Resources

ATTN: Kent Fagan

PHONE: 985-693-7601       FAX: 985-693-7662

ADDRESS: P.O. Box 1428, Larose, LA 70373

VESSEL NAME/TYPE: Maad Hunter V

VESSEL RATE: $8000.00 per day plus fuel and lube

SUBSISTENCE: $25 per man, per meal, per bunk, per day (if used)

COOK CHARGE: _____    PASSENGERS: _____

START TIME: 0001 hr 12/13/08   STOP TIME: _____

MOBE: Fourchon              DEMOBE: Fourchon

JOB REF: _____        JOB DURATION: 60-90 days

DOCK: HOS Port              LOCATION: ST 198

START FUEL: _____     STOP FUEL: _____

START LUBE: _____     STOP LUBE: _____

SPECIAL INSTRUCTIONS:
This is a rate reduction to reflect charter agreement 08-0457


KG CONSULTING & MARINE          COMPANY REPRESENTATIVE
SERVICES, INC

*please sign and fax to 985.798.7676*

www.kgoffshore.com   KG   info@kgoffshore.com

Page 1 of 1