Hunter Gulf Marine, LP

10016 Tantarra Drive
Burleson, TX 76028

# Invoice

| Date | Invoice # |
|---|---|
| 1/16/2009 | 84 |

| Bill To |
|---|
| KG Consulting & Marine Services, Inc.<br>P.O. Box 1412<br>Larose, LA 70373 |

| P.O. No. | Terms | Project |
|---|---|---|
| 08-0512-B | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 15 | MAAD Hunter V<br>Kim Susan, LLC Rental (1/1/09 to 1/15/09) | 8,000.00 | 120,000.00 |
| 1 | Less 3.5% Day Rate | -4,200.00 | -4,200.00 |

*Handwritten:*

```
date        ck#         pmt
8/19/10    #10941    $ 3,138.92
9/18/10    #11011    $ 1,751.87
11/17/10   #11140    $ 13,414.63
                     18,305.42
```

| | Total | $115,800.00 |
|---|---|---|

**EXHIBIT D**

*Handwritten:* Balance $~~97,494.58~~
97,449.58



# Kevin Gros Consulting
## Inland/Offshore Marine Vessels & Equipment
### "Just a Wave Away"

# INVOICE

| BILL TO | DATE | INVOICE NUM |
|---|---|---|
| KIM SUSAN, LLC<br>P O BOX 1428<br>LAROSE, LA 703730 | 1/16/2009 | 08-0512-B |

| PO NUM | TERMS | JOB NUM |
|---|---|---|
|  |  | 08-0512-B |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| M/V MAAD HUNTER V<br>FROM 0001 HRS ON 1/1/09<br>THRU 2400 HRS ON 1/15/09 |  |  |  |
| DAY RATE | 15.00 | 8,000.00 | 120,000.00 |
| LESS 3.5% DAY RATE | 1.00 | -4,200.00 | -4,200.00 |
| LOCATION: S T 198-A<br>PROBE RESOURCES<br>08-0512-B |  |  |  |
| It's been a pleasure working with you! | | Total | $115,800.00 |

Net 30 days. Interest charged on past due balances at a rate of 1.5 % per month on all days outstanding plus any and all collection fees, attorney fees, and court costs incurred in the collection of said invoice(s).

P.O. Box 1412 • 13080 West Main • Larose, LA 70373 • Phone: 985-798-7607 • Toll Free 877-798-7607 • FAX: 985-798-7948
www.kgoffshore.com • E-mail: info@kgoffshore.com • 24 Hour Service

Hunter Gulf Marine, LP

10016 Tantarra Drive
Burleson, TX 76028

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2009 | 85 |

| Bill To |
|---|
| KG Consulting & Marine Services, Inc.<br>P.O. Box 1412<br>Larose, LA 70373 |

| P.O. No. | Terms | Project |
|---|---|---|
| 08-0512-C | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | MAAD Hunter V | | |
| 2 | Kim Susan, LLC Rental (1/16/09 to 1/18/09) | 8,000.00 | 16,000.00 |
| 20 | Prorated Day Rate | 333.33333 | 6,666.67 |
| 1 | Less 3.5% Day Rate | -793.33345 | -793.33 |

| | Total | $21,873.34 |
|---|---|---|

# INVOICE

| BILL TO | DATE | INVOICE NUM |
|---|---|---|
| KIM SUSAN, LLC<br>P O BOX 1428<br>LAROSE, LA 703730 | 1/19/2009 | 08-0512-C |

| | PO NUM | TERMS | JOB NUM |
|---|---|---|---|
| | | | 08-0512-C |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| M/V MAAD HUNTER V<br>FROM 0001 HRS ON 1/16/09<br>THRU 2000 HRS ON 1/18/09 | | | |
| DAY RATE | 2.00 | 8,000.00 | 16,000.00 |
| PRORATED DAY RATE | 20.00 | 333.33333 | 6,666.67 |
| WORKING AS DIRECTED FOR PROBE RESOURCES<br>08-0512-C | | | |

COPY
1/22/09

It's been a pleasure working with you!

**Total** $22,666.67

Net 30 days. Interest charged on past due balances at a rate of 1.5 % per month on all days outstanding plus any and all collection fees, attorney fees, and court costs incurred in the collection of said invoice(s).